Eugene T. Franklin [SBN: 124881]
Franklin Employment Law Group, LLC
22762 Main Street
Hayward, California  94541
(510) 538-0969 Telephone
(510) 538-6502 Facsimile

Attorneys for Plaintiff Sonny Bell

SEYFARTH SHAW, LLP
Laura Maechtlen (SBN 224923)
Andrea Nicole de Koning (SBN 253715)
560 Mission Street, 31st Floor
San Francisco, California 94105

Attorneys For Defendant CON-WAY FREIGHT INC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY L. BELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CON-WAY FREIGHT INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: Case No.: 3:13-CV-01301 SI<br><br>**NOTICE OF CASE SETTLEMENT AND [PROPOSED] ORDER CANCELLING FURTHER CASE MANAGEMENT** |

　　Pursuant to order of the Court, on October 9, 2013, a settlement conference was conducted by Magistrate Judge Kandis A. Westmore. Attorney Eugene T. Franklin appeared with plaintiff Sonny Bell. Attorneys Laura Maechtlen and Andrea N. de Koning appeared for and with defendant Con-Way Freight's representative. The case was settled.

　　Plaintiff Bell anticipates filing a request for dismissal with prejudice within thirty (30) days. Counsel for the parties respectfully request that the further case management

-1-

conference scheduled for 3:00 p.m. on October 18, 2013, be removed from the Court's calendar.

Dated: October 10, 2013   FRANKLIN EMPLOYMENT LAW GROUP, LLC

By: *(signature)*
EUGENE T. FRANKLIN
Attorney For Plaintiff

Dated: October 10, 2013   SEYFARTH SHAW LLP

By: *(signature)*
ANDREA N. DE KONING
Attorneys For Defendant

## ORDER

IT IS HEREBY ORDERED that the Further Case Management Conference set for October 18, 2013, is cancelled.

**IT IS SO ORDERED.**

Dated: October 10, 2013

*(signature)*
SUSAN ILLSTON
United States District Court Judge

-2-