Eugene T. Franklin [SBN: 124881]
Franklin Employment Law Group, LLC
22762 Main Street
Hayward, California  94541
(510) 538-0969 Telephone
(510) 538-6502 Facsimile

Attorneys for Plaintiff Sonny Bell

SEYFARTH SHAW, LLP
Laura Maechtlen (SBN 224923)
Andrea Nicole de Koning (SBN 253715)
560 Mission Street, 31st Floor
San Francisco, California 94105

Attorneys For Defendant CON-WAY FREIGHT INC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY L. BELL, | Case No.: Case No.: 3:13-CV-01301 SI |
| Plaintiff, | |
| v. | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| CON-WAY FREIGHT INC., a Delaware corporation, and DOES 1-50, inclusive, | Complaint Filed: February 20, 2013<br>Trial Date:   June 16, 2014 |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Settlement Agreement and General Releases between Defendant Con-way Freight, Incorporated and Plaintiff Sonny Bell, the parties hereby stipulate and request that all parties and claims be dismissed with prejudice in the above-entitled action. See Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed).

///

Each side to bear its own costs and attorneys' fees, except as otherwise provided in the parties' Settlement Agreement.

Dated: October 28, 2013    FRANKLIN EMPLOYMENT LAW GROUP, LLC

By: _____
EUGENE T. FRANKLIN
Attorney for Plaintiff
Sonny Bell

Dated: October 25, 2013    SEYFARTH SHAW, LLP

By: _____
LAURA J. MAECHTLEN
ANDREA N. DE KONING
Attorneys for Defendant
Con-way Freight, Inc.

## ORDER

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above-referenced matter, U.S.D.C. N.D. Cal. Case No. 3:13-cv-01301 SI, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: ~~November~~ October 28, 2013

_____
SUSAN ILLSTON
United States District Court Judge

-2-

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON
CASE NO.: 3:13-CV-01301 SI